U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Myra R. Ruttenberg<br>v.<br>Geoffrey W. Ruttenberg, David W. Ruttenberg a/k/a Buzz Ruttenberg, Jerome Meyer, in his capacity as trustee of The Aldine Trust, and 2002 North Mohawk, LLC | FILED: AUGUST 26, 2008<br>08CV4898<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
David W. Ruttenberg, Geoffrey W. Ruttenberg and 2002 North Mohawk, LLC

| NAME (Type or print) |
|---|
| John D. Burke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John D. Burke |
| FIRM |
| Ice Miller LLP |
| STREET ADDRESS |
| 200 West Madison, Suite 3500 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06203918 | (312) 726-8148 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐