**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 08 CV 4898

Myra R. Ruttenberg
v.
Geoffrey W. Ruttenberg, David W. Ruttenberg a/k/a Buzz Ruttenberg, Jerome Meyer, in his capacity as trustee of The Aldine Trust, and 2002 North Mohawk, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David W. Ruttenberg, Geoffrey W. Ruttenberg, and 2002 North Mohawk, LLC

| | |
|---|---|
| NAME (Type or print) <br> Thomas J. Hayes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas J. Hayes | |
| FIRM <br> Ice Miller LLP | |
| STREET ADDRESS <br> 2300 Cabot Dr., Suite 455 | |
| CITY/STATE/ZIP <br> Lisle, IL 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280179 | TELEPHONE NUMBER <br> 630-857-7616 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |