**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case Number:     1:08-cv-4898

Ruttenberg v. Ruttenberg, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jerome Mayer, in his capacity as Trustee of the Aldine Trust

| |
|---|
| NAME (Type or print) <br> John Chen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ John Chen |
| FIRM   Chen Nelson Roberts Ltd. |
| STREET ADDRESS   203 N. LaSalle St., 15th Floor |
| CITY/STATE/ZIP   Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6193906    |    TELEPHONE NUMBER (312) 782-4450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                          APPOINTED COUNSEL |