IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYRA R. RUTTENBERG, | ) |
|                        Plaintiff, | ) |
| v. | ) Case No. 08 C 4898 |
| GEOFFREY W. RUTTENBERG, DAVID W. RUTTENBERG a/k/a BUZZ RUTTENBERG, JEROME MEYER, in his capacity as trustee of THE ALDINE TRUST, and 2002 NORTH MOHAWK, LLC | ) |
|                        Defendants. | ) |

**DEFENDANTS' JOINT MOTION TO FILE
CONSOLIDATED BRIEF IN EXCESS OF 15 PAGES**

Defendants Geoffrey W. Ruttenberg ("Geoffrey"), David W. Ruttenberg a/k/a Buzz Ruttenberg ("David" or "Buzz"), Jerome Meyer, in his capacity as trustee of The Aldine Trust ("Jerome") and 2002 North Mohawk, LLC ("2002 North Mohawk")(collectively the "Defendants"), by their attorneys Ice Miller LLP and Chen Nelson Roberts Ltd., move for leave to file a brief in excess of 15 pages in support of their Motion to Dismiss. In support of this motion, Defendants state as follows:

1. Plaintiff has filed a six count complaint consisting of 18 pages.

2. In response, the Defendants have prepared a single consolidated Motion to Dismiss and supporting Memorandum.

3. Defendants have diligently reduced their consolidated motion and supporting memorandum to the minimum necessary to adequately address and discuss the various causes of action contained in Plaintiff's Complaint. However, despite these efforts, the brief in support of the Motion to Dismiss exceeds 15 pages. Given that each Defendant had the right to file separate

- 2 -

briefs of 15 pages apiece without leave of court, the consolidated brief in support of the motion to dismiss represents a significant reduction of the total burden on the Court.

**FOR THE FOREGOING REASONS**, Defendants David W. Ruttenberg, Geoffrey Ruttenberg, Jerome Meyer, in his capacity as trustee of the Aldine Trust, and 2002 North Mohawk, LLC respectfully request leave of court to file its brief in excess of 15 pages in support of their Motion to Dismiss, *instanter.*

Dated:  September 3, 2008                     Respectfully submitted,

**DAVID W. RUTTENBERG, GEOFFREY RUTTENBERG, 2002 NORTH MOHAWK, LLC**
By:      /s/ John D. Burke
   One of Their Attorneys

**JEROME MEYER, in his capacity as trustee of the Aldine Trust**
By:      /s/ John Chen
   One of His Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-8148

Tom Hayes (ARDC No. 6280179)
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 857-7616

John Chen (ARDC No. 06193906)
Kristi Nelson (ARDC No. 06229943)
**Chen Nelson Roberts Ltd**.
203 N. LaSalle St., 15th Floor
Chicago, Illinois 60601
(312) 782-5630

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served via electronic mail and U.S. Mail, proper postage prepaid, on the 3rd day of September, 2008, upon:

> David I. Grund
> Grund & Leavitt, P.C.
> 812 North Dearborn Street
> Chicago, Illinois 60610-3317

>                              /s/ John D. Burke
>                              John D. Burke

C/70126.1