IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYRA R. RUTTENBERG,<br><br>               Plaintiff,<br><br>v.<br><br>GEOFFREY W. RUTTENBERG, DAVID W. RUTTENBERG a/k/a BUZZ RUTTENBERG, JEROME MEYER, in his capacity as trustee of THE ALDINE TRUST, and 2002 NORTH MOHAWK, LLC<br><br>               Defendants. | Case No. 08 C 4898<br><br>Judge George M. Marovich |

### NOTICE OF MOTION

To:    See attached Certificate of Service.

PLEASE TAKE NOTICE that on the 16th day of September, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge George M. Marovich, Courtroom 1944-C, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or any judge who may be sitting in his stead, and there present the attached *Defendant's Motion to Dismiss*, copies of which are hereby served upon all parties.

Dated: September 3, 2008

Respectfully submitted,

**DAVID W. RUTTENBERG, GEOFFREY RUTTENBERG, 2002 NORTH MOHAWK, LLC**
By:   /s/ John D. Burke
    One of Their Attorneys

**JEROME MEYER, in his capacity as trustee of the Aldine Trust**
By:   /s/ John Chen
    One of His Attorneys

John D. Burke (ARDC No. 06203918)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-8148

Tom Hayes (ARDC No. 6280179)
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 857-7616

John Chen (ARDC No. 06193906)
Kristi Nelson (ARDC No. 06229943)
**Chen Nelson Roberts Ltd**.
203 N. LaSalle St., 15th Floor
Chicago, Illinois 60601
(312) 782-5630


C/70154.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served via electronic mail and U.S. mail, proper postage prepaid, on the 3rd day of September, 2008, upon:

> David I. Grund
> Grund & Leavitt, P.C.
> 812 North Dearborn Street
> Chicago, Illinois 60610-3317

/s/ John D. Burke
John D. Burke

C/70096.2